# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DEMOCRATIC EXECUTIVE
COMMITTEE OF FLORIDA, and BILL
NELSON FOR U.S. SENATE,

    Plaintiffs,

No. 4:18-cv-00520-RH-MJF

v.

KEN DETZNER, in his official capacity
as Florida Secretary of State,

    Defendant.

_____/

### THE NATIONAL REPUBLICAN SENATORIAL COMMITTEE'S NOTICE OF FILING MEMORANDUM IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION

The National Republican Senatorial Committee, which has moved to intervene as a defendant in this proceeding (ECF No. 11), respectfully files the attached Memorandum in Opposition to Plaintiffs' Emergency Motion for Temporary Injunction, Temporary Restraining Order, and Preliminary Injunction (ECF No. 3). Though intervention has not yet been granted, this Memorandum is submitted at this time in light of the emergency nature of this proceeding and subject to the Court's ruling on the request to intervene.

Respectfully submitted,

/s/ *Andy Bardos*

| | |
|---|---|
| Thomas H. Dupree Jr. * | Andy Bardos (FBN 822671) |
| Helgi C. Walker * | George T. Levesque (FBN 555541) |
| Gibson, Dunn & Crutcher LLP | GRAYROBINSON, P.A. |
| 1050 Connecticut Avenue, N.W. | Post Office Box 11189 |
| Washington, D.C. 20036 | Tallahassee, Florida 32302-3189 |
| Telephone: 202-955-8500 | Telephone: 850-577-9090 |
| tdupree@gibsondunn.com | andy.bardos@gray-robinson.com |
| hwalker@gibsondunn.com | george.levesque@gray-robinson.com |

* *pro hac vice applications forthcoming*

*Attorneys for the National Republican Senatorial Committee*

2