# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DEMOCRATIC EXECUTIVE
COMMITTEE OF FORIDA and
BIL NELSON FOR U.S. SENATE,

    Plaintiffs,

v.                      CASE NO. 4:18cv520-RH/MJF

KEN DETZNER, in is official capacity
as Florida Secretary of State,

    Defendant.

_____/

## ORDER OF DISQUALIFICATION

After conducting the scheduling conference and entering an order on November 9, I remembered that my brother is a party to a lawsuit involving Governor Rick Scott. This would not affect my handling of this case, but a reasonable person might think otherwise. Accordingly,

I hereby disqualify myself from this case.

SO ORDERED on November 10, 2018.

                                s/Robert L. Hinkle
                                United States District Judge