IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEMOCRATIC EXECUTIVE
COMMITTEE OF FLORIDA and
BILL NELSON FOR U.S. SENATE,

    Plaintiffs,

v.                                                    CASE NO. 4:18cv520-MW/MJF

KEN DETZNER, in is official capacity
as Florida Secretary of State,

    Defendant.

_____/

## SCHEDULING ORDER

Judge Hinkle disqualified himself from this case. ECF No. 21. I have considered the previous scheduling order, ECF No. 20, entered yesterday, November 9, 2018. I fully adopt that order. Accordingly, the parties are to strictly comply with the deadlines as set forth in ECF No. 20.

**SO ORDERED on November 10, 2018.**

                                  **s/Mark E. Walker              ____**
                                  **Chief United States District Judge**