# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA, and BILL NELSON FOR U.S. SENATE,<br><br>    Plaintiffs,<br><br>        v.<br><br>KENNETH W. DETZNER, in his official capacity as the Florida Secretary of State,<br><br>    Defendant. | Case No. 4:18-cv-520 (RH/MJF) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY INJUNCTION, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION

Pursuant to Local Rules 7.1(I) and (G)(5) of the United States District Court for the Northern District of Florida, Plaintiffs, Democratic Executive Committee of Florida and Bill Nelson for U.S. Senate, respectfully request that the Court enter an Order permitting them to file a reply memorandum of no more than 12 pages in support of Plaintiffs' November 8, 2018 Emergency Motion for Temporary Injunction, Temporary Restraining Order, and Preliminary Injunction ("Plaintiffs' Emergency Motion"), ECF No. 3, and state:

1. On November 9 and 10 respectively, Proposed-Intervenor, the National Republican Senatorial Committee ("Republican Intervenor") and Defendant filed

their Oppositions to Plaintiffs' Emergency Motion for Temporary Injunction, Temporary Restraining Order, and Preliminary Injunction, ECF Nos. 18 and 22. The Intervenor and the Secretary argue that Plaintiffs' Emergency Motion should be denied, because, the signature matching requirement is a uniform standard, and imposes minimal to no burden on the right to vote. The parties also suggest, erroneously, that the issue raised in this action was resolved *Florida Democratic Party v. Detzner* ("*FDP*"), No. 4:16CV607-MW/CAS (N.D. Fla. Oct. 16, 2016).

2. If Plaintiffs are granted leave to reply, their memorandum will very briefly respond to these claims and will highlight the ongoing disenfranchisement caused by signature matching conducted by untrained lay persons, employing arbitrary and widely different procedures. Attached as Exhibit A is Plaintiffs' proposed reply memorandum.

WHEREFORE, Plaintiffs, Democratic Executive Committee of Florida and Bill Nelson for U.S. Senate, request that the Court (a) grant this motion and (b) enter an Order permitting them to file the attached reply memorandum in support of their Emergency Motion.

## LOCAL RULE 7.1(F) CERTIFICATION

Counsel for Plaintiffs, Marc Elias, Esquire, certifies that this motion contains 448 words.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: November 12, 2018                    Respectfully submitted,

 /s/   *Marc E. Elias*                           .
Marc E. Elias*
Uzoma N. Nkwonta*
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211


Ron Meyer
**Meyer, Brooks, Demma & Blohm, P.A.**
131 North Gadsen Street
Tallahassee, Florida 32301
Telephone: (850) 878-5212


*Counsel for Plaintiffs*
*Seeking *Pro Hac Vice* Admission