UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEMOCRATIC EXECUTIVE
COMMITTEE OF FLORIDA, BILL
NELSON FOR U.S. SENATE,

     Plaintiffs,

     v.

KENNETH W. DETZNER, in his official
capacity as the Florida Secretary of State,

     Defendant.

Case No.: 4:18-cv-00520-RH-MJF

## DECLARATION OF EZEKIEL ANDREASSEN IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY INJUNCTION, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Ezekiel Andreassen, declare as follows:

1.    I am at least 18 years of age and have personal knowledge of the below facts, which are true and accurate to the best of my knowledge.

2.    I am a first-year student at Worcester Polytechnic Institute in Massachusetts. While I attend school in Massachusetts, I maintain my permanent residence in Miami-Dade County, Florida. I am a registered voter there.

3.    I voted for the first time in my life in this general election. Because I attend school out-of-state, I timely requested and received a vote by mail ballot. I completed the ballot, signed the outside of the envelope, and mailed it back. According to the Miami-Dade Supervisor of Elections website, my vote by mail

ballot was received by the Miami-Dade Supervisor of Elections on November 3, 2018.

4.      Since I cast my vote by mail ballot, I have not received any communications from elections officials in Florida regarding the status of my ballot.

5.      On the afternoon of November 6, 2018, having just learned that my vote by mail ballot was being rejected for signature mismatch, I attempted to cure my ballot by submitting a copy of my driver's license and a vote by mail cure affidavit to the Miami-Dade canvassing board at the office of the Miami-Dade Supervisor of Elections office.  However, the canvassing board rejected my ballot.

6.      By checking the status of my ballot online, I have confirmed that my vote was not tabulated because my signature did not match the signature of record.

7.      It is important to me that my vote cast count in the November 6, 2018 election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: ___11/11/18___          BY: _Ezekiel Andreassen_
                                       Ezekiel Andreassen