UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA; and BILL NELSON FOR U.S. SENATE,

   Plaintiffs,

     v.

KENNETH W. DETZNER, in his official capacity as the Florida Secretary of State,

   Defendant.

Case No.: 4:18-cv-00520-RH-MJF

## DECLARATION OF FALLON WILLIAMS IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY INJUNCTION, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Fallon Williams, declare as follows:

1. I am at least 18 years of age and have personal knowledge of the below facts, which are true and accurate to the best of my knowledge.

2. I am an engineer and a veteran.

3. I am currently a resident of, and registered voter in, Tampa, Florida. I have been a registered voter in, and resident of, Florida for around 10 years.

4. I have voted in-person in Florida elections prior to the November 6, 2018 election in Hillsborough County and never had any issues with my vote being counted.

5. For the November 6, 2018 election, I voted by sending my vote by mail ballot via first class mail on or around October 10, 2018. The vote by mail ballot envelope contained my signature.

6. I did not hear anything about my submitted vote by mail ballot until November 8, 2018, after Election Day.

7. On that day, I was contacted via telephone for the first time by an election official who told me that there was an issue with the signature on my vote by mail ballot envelope and that my vote by mail ballot had been rejected due to a signature mismatch.

8. I was also informed by an election official that signature mismatch issues arise sometimes with "younger voters."

9. Upon hearing this information, I went in-person to the office of my Supervisor of Elections on November 8, 2018, to try to cure the alleged issue with my signature, so that my vote would be counted in the November 6, 2018 election. While there, I was told that my signature on the vote by mail ballot envelope did not match my partial digital signature from the Department of Motor Vehicles from 10 years ago. In trying to cure the alleged issue, I presented my driver's license

identification and provided a new signature, to demonstrate that the signature on the vote by mail ballot envelope was mine. However, despite these efforts, I was informed that my vote would not be counted in the November 6, 2018 election.

10. A day later, on November 9, 2018, I received notice in the mail of my alleged signature mismatch. The notice was postmarked on October 12th, and the letter was dated October 10th. Due to the delay in receiving notice, I did not have adequate time to correct any purported issue with my ballot.

11. In the month prior to Election Day, I purchased a home. Though, I had my mail successfully forwarded from the United States Postal Service to my new home. During the month before Election Day, I received many forwarded pieces of mail from my previous address.

12. Voting is very important to me, and despite taking all the necessary steps to make sure my vote by mail ballot would be counted, I have been denied the opportunity to vote November 6, 2018 election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 11/12/18

BY:  Fallon Williams