IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEMOCRATIC EXECUTIVE
COMMITTEE OF FLORIDA,
and
BILL NELSON FOR U.S. SENATE,**

      **Plaintiffs,**

v.                                                                           Case No.  4:18cv520-MW/MJF

**KEN DETZNER, in his official
capacity as Florida Secretary of State,**

      **Defendant.**

_____/

## ORDER FOR SERVICE OF WITNESS SUBPOENA
## BY UNITED STATES MARSHAL

The United States Marshal must serve this Court's witness subpoena. Accordingly

**IT IS ORDERED:**

1. The Clerk shall prepare and forward to the United States Marshal a witness subpoena for Mark Earley, Leon County Supervisor of Elections, to appear and testify before this Court at a hearing on Wednesday, November 14, 2018, at 1:00 p.m. The subpoena shall contain the following language:

> "This Court recognizes the time constraints placed on the
> Leon Supervisor of Elections during the pending ballot recount.
> Mr. Earley shall take the stand first during the scheduled hearing.
> This Court estimates the Supervisor's testimony should take no
> more than 30 minutes.  This Court intends to question Mr. Earley
> regarding the signature verification policies and procedures
> of his office.
>
> Mr. Earley may call this Court's Courtroom Deputy, Victoria Milton
> McGee, (850) 521-3510, or its Judicial Assistant, Rebecca Jones, (850)
> 521-3631, for questions regarding his appearance."

1

2. The United States Marshal shall personally serve the witness subpoena on Mark Earley on an expedited basis no later than 12:00 p.m., Tuesday, November 13, 2018. The U.S. Marshal shall thereafter file its return of service with the Clerk.

**SO ORDERED on November 12, 2018.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**