UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA, and BILL NELSON FOR U.S. SENATE,<br><br>                Plaintiffs,<br>  v.<br>KEN DETZNER, in his official capacity as Secretary of State of the State of Florida,<br>                Defendant. | Case No. 4:18-CV-520 (RH) |

**DECLARATION OF DANIELA FERRO**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, DANIELA FERRO, declare as follows:

    1.    I am at least 18 years of age and have personal knowledge of the below facts which are true and accurate to the best of my knowledge.

    2.    I am a resident of and registered voter in the State of Florida and have been a registered voter since December 2007.

    3.    Beginning in or around 2016, I began voting-by-mail, because it seemed convenient given my busy schedule as a young attorney and litigation associate in a law firm. Prior to 2016, I had voted in person.

    4.    I typically vote during presidential election years and do not typically vote during midterm elections. To the best of my recollection, this is the first year that I have voted in a midterm election.

5. Recent current and political events made me feel strongly about participating in this 2018 midterm election, and I was excited to vote by mail and have my voice heard.

6. On or around October 22, 2018, after receiving my vote-by-mail ballot, I thoughtfully cast my vote and sent it back to the Miami-Dade Supervisor of Elections.

7. By letter dated October 29, 2018, which I did not receive until after the November 6, 2018 election had occurred, I received a form notice from the Miami-Dade Supervisor of Elections, Christina White, that advised, in relevant part, as follows:

> During the initial review of your vote-by-mail ballot for the [November 6, 2018] election, it was determined that the signature on the Voter's Certificate did not match the signature on record with the Elections Department. As a result, your vote-by-mail ballot will be submitted to the Miami-Dade County Canvassing Board for further review.
>
> Florida allows voters the opportunity to submit an affidavit to remedy the issue with their vote-by-mail ballot. A Cure Affidavit must be completed and submitted by 5 p.m. on the day before the election to provide an alternative method for your signature to be verified. Enclosed for your review are the instructions on how to complete the affidavit.

8. When I first saw this notice, on or around Thursday, November 8, 2018, two days after the election and three days after the deadline to submit a Cure

Affidavit, I called the Miami-Dade Board of Elections to ask if there was anything I could do to ensure my vote would be counted.

9. The person who answered the phone said something about my signature on my 2014 voter registration form looking different than the signature on my vote-by-mail ballot. I told her that I was registered before 2014, and that I was confused, but, upon information and belief, she may have been referring to the form I submitted to change my address on my voter registration in or around 2014.

10. My prior address was also in Miami-Dade County.

11. I voted by mail in 2016, and I did not receive any notice regarding my vote-by-mail ballot in that election, however, hearing that my November 2018 vote-by-mail ballot was rejected gave me concerns that my 2016 ballot may also have been rejected.

12. When I spoke to the representative from the Miami-Dade County Board of Elections Office and explained that I did not receive the notice about my ballot until after the election and cure deadline, she told me that this also happened to many Miami-Dade County voters in this election. She advised that it was too late for me to do anything about my ballot being rejected.

13. I am upset and frustrated that my vote was not counted despite taking steps to vote and ensure that my ballot was mailed well in advance of the vote-by-mail deadline.

14. I had also helped my mother register to vote by mail this year, and we sent her application in with ample time before the deadline to request a vote-by-mail ballot. However, my mother did not receive her vote-by-mail ballot until just a few days before Election Day, so she was unable to vote-by-mail because there would have been insufficient time to ensure that her ballot was received by the deadline. Instead, my mother had to vote in person.

15. Now that a number of races in this election are being recounted and knowing that many races will be decided by an exceedingly small number of votes, I feel even more disappointed and disheartened that I was deprived of my opportunity to participate in this important election and have my voice heard.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: NOV. 12, 2018           BY: _____
                                   Daniela Ferro