UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA, and BILL NELSON FOR U.S. SENATE,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH W. DETZNER, in his official capacity as the Florida Secretary of State,<br><br>Defendant. | Case No.: 4:18-cv-00520-RH-MJF |

### DECLARATION OF PATRICK MURPHY IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY INJUNCTION, TEMPORARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Patrick Murphy, declare as follows:

1. I am at least 18 years of age and have personal knowledge of the below facts, which are true and accurate to the best of my knowledge.

2. I am a former United States Congressman.

3. I am a resident of, and registered voter in, Palm Beach County, Florida. I have been a registered voter in Florida for around 15 years.

4. For the November 6, 2018 election, I voted by sending my vote by mail ballot to the Palm Beach County Supervisor of Elections. My vote by mail ballot envelope contained my signature.

5. My vote by mail ballot was received on November 6. *See* Exhibit A. Despite containing my signature, it was rejected for "Invalid Signature," which I learned by checking my ballot status online. *Id.*

6. I was surprised that my vote by mail ballot was rejected, because I previously cast a vote by mail ballot in the 2018 primary election in Florida, using my same signature, and my primary vote was counted.

7. Because my vote by mail ballot was received on November 6, I did not have an opportunity to cure the purported signature mismatch, and my vote was not counted.

8. It is important to me that my vote cast count in the November 6, 2018 election.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 11/12/18                          BY: _____
                                              Patrick Murphy