# Exhibit A

*08-28-2018*

Ballot Requested on 03/27/2017
Mailed by Elections Office on 07/27/2018
Received by Elections Office on 08/14/2018 and your ballot has been tabulated. (y su boleta ha sido tabulada.)
Deliver To(Entregar a):
500 S U S HWY 1
#APT 203
JUPITER FL 33477

### GENERAL (181106)

*11-06-2018*

Ballot Requested on 03/27/2017
Mailed by Elections Office on 10/05/2018
Received by Elections Office on 11/06/2018 with Invalid Signature(con la firma invalida). **Click here for Invalid Signature Resolution Form(Haga clic aqui para obtener el formulario de resolucion de la firma faltante)**
Deliver To(Entregar a):
500 S U S HWY 1
#APT 203
JUPITER FL 33477