# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA and BILL NELSON FOR U.S. SENATE,<br><br>  Plaintiffs,<br><br>v.<br><br>KENNETH DETZNER, in his official capacity as the Florida Secretary of State,<br><br>  Defendant. | District Court Case No. 4:18-cv-00520-RH-MJF |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Intervenor-Defendant the National Republican Senatorial Committee hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order granting a preliminary injunction issued on November 15, 2018 (ECF No. 46).

Dated: November 15, 2018                              Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Andy Bardos* |
| Thomas H. Dupree Jr.* | Andy Bardos (FBN 822671) |
| Helgi C. Walker* | George T. Levesque (FBN 555541) |
| Gibson, Dunn & Crutcher LLP | GRAYROBINSON, P.A. |
| 1050 Connecticut Avenue, N.W. | Post Office Box 11189 |
| Washington, D.C. 20036 | Tallahassee, Florida 32302-3189 |
| Telephone: (202) 887-8500 | Telephone: 850-577-9090 |
| tdupree@gibsondunn.com | andy.bardos@gray-robinson.com |
| hwalker@gibsondunn.com | george.levesque@gray-robinson.com |
| * *admitted pro hac vice* | |
|  | Jason Torchinsky (VA Bar No. 47481) |
|  | Holtzman Vogel Josefiak Torchinsky PLLC |
|  | 45 North Hill Drive, Suite 100 |
|  | Warrenton, VA 20106 |
|  | Telephone: (540) 341-8808 |
|  | JTorchinsky@hvjt.law |

*Attorneys for the National Republican Senatorial Committee*