# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

DEMOCRATIC EXECUTIVE
COMMITTEE OF FLORIDA, and BILL
NELSON FOR U.S. SENATE,

    Plaintiff,

v.                                    CASE NO. 4:18-cv-00520-RH-MJF

KEN DETZNER, in his official capacity as
Florida Secretary of State,

    Defendant.
_____/

## NOTICE OF FILING SECURITY FOR TEMPORARY INJUNCTION

Pursuant to this Court's Order Granting Preliminary Injunction dated November 15, 2018, Plaintiffs give notice of having filed security in the amount of $500 with the Clerk of Court on November 15, 2018 - Receipt #FLN400035435 (copy attached).

                                          Respectfully submitted,

                                          /s/
                                    RONALD G. MEYER
                                    Florida Bar No. 0148248
                                    Email: rmeyer@meyerbrookslaw.com
                                    JENNIFER S. BLOHM
                                    Florida Bar No. 0106290
                                    Email: jblohm@meyerbrookslaw.com
                                    Meyer, Brooks, Demma and Blohm, P.A.
                                    131 North Gadsden Street
                                    Post Office Box 1547
                                    Tallahassee, FL 32302-1547

(850) 878-5212

Marc E. Elias
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta*
Email: UNkwonta@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

Counsel for Plaintiffs

*Appearing Pro Hac Vice

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

/s/
RONALD G. MEYER
Florida Bar No. 0148248
Email: rmeyer@meyerbrookslaw.com
JENNIFER S. BLOHM
Florida Bar No. 0106290
Email: jblohm@meyerbrookslaw.com
MEYER, BROOKS, DEMMA AND BLOHM, P.A.
131 North Gadsden Street
Post Office Box 1547

2

Tallahassee, FL 32302-1547
(850) 878-5212

Marc E. Elias*
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta*
Email: UNkwonta@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

Counsel for Plaintiffs

*Appearing Pro Hac Vice