# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA, and BILL NELSON FOR U.S. SENATE,

    Plaintiffs,

      v.

KEN DETZNER, in his official capacity as the Florida Secretary of State,

    Defendants.

Case No. 4:18-cv-520-MW

## EMERGENCY MOTION REQUESTING ORDER FOR SECRETARY TO ISSUE LIST OF BALLOTS ELIMINATED FOR SIGNATURE MISMATCH

    This Court's recent order at ECF. No. 46 requires that, after Plaintiffs post a $500 bond, which has been done, Defendant Detzner is "to issue a directive to the supervisors of elections" advising them that "they are required to allow voters who have been belatedly notified they have submitted a mismatched-signature ballot to cure their ballots by November 17, 2018, at 5:00 p.m." *Id.* at 33.  However, not all voters whose ballots were determined to contain a mismatched signature may have been notified of that determination yet.  Accordingly, Plaintiffs request that this Court order the Secretary of State to immediately produce, both to Plaintiffs and publicly, a list of all voters whose ballots were determined to contain a mismatched signature and have not yet been cured, and/or that the Secretary of State require

1

that supervisors of elections produce such lists, both to Plaintiffs and publicly, for their respective counties by 1 p.m. on November 15, 2018. Time is of the essence.

Dated: November 15, 2018

Respectfully submitted,

/s/ *Ronald Meyer*
RONALD G. MEYER
Florida Bar No. 0148248
Email: rmeyer@meyerbrookslaw.com
JENNIFER S. BLOHM
Florida Bar No. 0106290
Email: jblohm@meyerbrookslaw.com
Meyer, Brooks, Demma and Blohm, P.A.
131 North Gadsden Street
Post Office Box 1547
Tallahassee, FL 32302-1547
(850) 878-5212

Marc E. Elias
Email: MElias@perkinscoie.com
Uzoma N. Nkwonta
Email: UNkwonta@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

                                                /s/
                                    RONALD G. MEYER