# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DEMOCRATIC EXECUTIVE
COMMITTEE OF FLORIDA, AND BILL
NELSON FOR U.S. SENATE,

    Plaintiffs,

v.

KENNETH DETZNER, in his official
capacity as the Florida Secretary of State,

    Defendant.

Case No. 4:18-CV-00520-MW-MJF

## SECRETARY'S NOTICE OF FILING
## DECLARATION OF MARIA MATTHEWS

Consistent with the Court's oral instructions during the 1:00PM hearing on November 15, 2018, Defendant, Florida Secretary of State Kenneth Detzner submits the attached Declaration of Maria Matthews, which was previously provided to the Court and the parties.

*\*\*\**

Respectfully submitted by:

BRADLEY R. MCVAY (FBN 79034)
  *Interim General Counsel*
  brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /   (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
  mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
  gperko@hgslaw.com
MALCOLM N. MEANS (FBN 0127586)
  mmeans@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated: November 15, 2018    *Counsel for the Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 15th day of November, 2018.

                                           */s/ Mohammad O. Jazil*
                                           Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA, and BILL NELSON FOR U.S. SENATE,<br><br>Plaintiffs,<br><br>v.<br><br>KENNETH DETZNER, in his official capacity as the Florida Secretary of State,<br><br>Defendant. | Case No. 4:18-cv-00520-RH-MJF |

## **DECLARATION OF MARIA MATTHEWS**

I, Maria Matthews, according to 28 U.S.C. § 1746, hereby state:

1. My name is Maria Matthews. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2. I have served as the Division Director of the Division of Elections of the Florida Secretary of State for over 5 years. As Director, my role is to provide statewide coordination, supervision, and direction of elections under Florida's election laws.

3. At approximately 10:40 AM today, I received a copy of the Plaintiffs' Emergency Motion Requesting Order for Secretary to Issue List of Ballots Eliminated for Signature Mismatch. DE 52.

1

4. This Emergency Motion asks this Court to order the Secretary of State to "immediately produce, both to Plaintiffs and publicly, a list of all voters whose ballots were determined to contain a mismatched signature and have not yet been cured, and/or that the Secretary of State require that supervisors of elections produce such lists, both to Plaintiffs and publicly, for their respective counties by 1 p.m. on November 15, 2018." DE 52.

5. As Director of the Division of Elections, I do not have ready access to this data. Supervisors are not required to report this data to me. The Supervisors are custodians of these records.

6. If this Court directs the Secretary to issue an order directing supervisors to provide this data, we are dependent on if and/or whether the Supervisors of Elections would be able to supply us with the information within the limited timeframe prescribed.

I say nothing further.

On November 15, 2018, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

/s/ *[signature]*
Maria Matthews