# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA, AND BILL NELSON FOR U.S. SENATE,<br><br>   Plaintiffs,<br><br>v.<br><br>KENNETH DETZNER, in his official capacity as the Florida Secretary of State,<br><br>   Defendant. | Case No. 4:18-CV-00520-MW-MJF |

## SECRETARY'S SECOND NOTICE OF FILING UPDATED LIST OF SIGNATURE MISMATCH NUMBERS

Consistent with the Court's Oral Order during the 1:00PM hearing on November 15, 2018, Defendant, Florida Secretary of State Kenneth Detzner submits the attached, updated list of ballots rejected for signature-mismatch issues. The list provides relevant figures for all 67 counties.

1

\*\*\*

Respectfully submitted by:

BRADLEY R. MCVAY (FBN 79034)
  *Interim General Counsel*
  brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
  *Deputy General Counsel*
  ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 / (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
  mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
  gperko@hgslaw.com
MALCOLM N. MEANS (FBN 0127586)
  mmeans@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated: November 16, 2018      *Counsel for the Secretary of State*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 16th day of November, 2018.

*/s/ Mohammad O. Jazil*
Attorney