| | Responses from County Supervisors of Elections (DEC v. Detzner) | | | | |
|---|---|---|---|---|---|
| | **Ballots Rejected for Mismatched Signatures** (last updated 11-16-2018; 2:45 PM) | | | | |
| Count | County | Vote-by-Mail Ballots | Provisional Ballots | Ballots Segregated and Accessible | Response by |
| 1 | Alachua | 53 | 6 | Yes | By email |
| 1 | Baker | 0 | 0 | N/A | By email |
| 1 | Bay | 8 | 0 | Yes | By phone |
| 1 | Bradford | 3 | 0 | Yes | By email |
| 1 | Brevard | 121 | 8 | Yes | By email |
| 1 | Broward | 165 | 23 | Yes | By email |
| 1 | Calhoun | 1 | 0 | Yes | By email |
| 1 | Charlotte | 16 | 0 | Yes | By email |
| 1 | Citrus | 23 | 0 | Yes | By email |
| 1 | Clay | 87 | 2 | Yes | By email |
| 1 | Collier | 77 | 0 | Yes | By email |
| 1 | Columbia | 6 | 0 | Yes | By email |
| 1 | DeSoto | 0 | 0 | N/A | By email |
| 1 | Dixie | 6 | 0 | Yes | By email |
| 1 | Duval | 171 | 0 | Yes | By email |
| 1 | Escambia | 35 | 0 | Yes | By email |
| 1 | Flagler | 52 | 0 | Yes | By email |
| 1 | Franklin | 1 | 0 | Yes | By email |
| 1 | Gadsden | 2 | 0 | Yes | By email |
| 1 | Gilchrist | 3 | 0 | Yes | By email |
| 1 | Glades | 1 | 0 | Yes | By email |
| 1 | Gulf | 6 | 0 | Yes | By email |
| 1 | Hamilton | 11 | 0 | Yes | By email |
| 1 | Hardee | 1 | 0 | Yes | By email |
| 1 | Hendry | 5 | 1 | Yes | By email |
| 1 | Hernando | 3 | 0 | Yes | By email |
| 1 | Highlands | 29 | 0 | Yes | By email |
| 1 | Hillsborough | 343 | 0 | Yes | By email |
| 1 | Holmes | 2 | 0 | Yes | By email |
| 1 | Indian River | 19 | 11 | Yes | By email |
| 1 | Jackson | 3 | 0 | Yes | By email |
| 1 | Jefferson | 0 | 1 | Yes | By email |
| 1 | Lafayette | 2 | 0 | Yes | By email |
| 1 | Lake | 290 | 0 | Yes | By email |
| 1 | Lee | 369 | 2 | Yes | By email |
| 1 | Leon | 33 | 0 | Yes | By email |
| 1 | Levy | 13 | 0 | Yes | By email |
| 1 | Liberty | 0 | 0 | N/A | By email |
| 1 | Madison | 19 | 0 | Yes | By email |
| 1 | Manatee | 95 | 0 | Yes | By email |
| 1 | Marion | 16 | 0 | Yes | By email |
| 1 | Martin | 34 | 0 | Yes | By email |
| 1 | Miami-Dade | 744 | 0 | Yes | By email |
| 1 | Monroe | 30 | 0 | Yes | By email |
| 1 | Nassau | 4 | 0 | Yes | By email |
| 1 | Okaloosa | 0 | 0 | N/A | By email |
| 1 | Okeechobee | 25 | 0 | Yes | By email |
| 1 | Orange | 466 | 1 | Yes | By email |
| 1 | Osceola | 130 | 0 | Yes | By email |
| 1 | Palm Beach | 933 | 2 | Yes | By email |
| 1 | Pasco | 108 | 0 | Yes | By email |
| 1 | Pinellas | 63 | 0 | Yes | By email |
| 1 | Polk | 265 | 3 | Yes | By email |
| 1 | Putnam | 11 | 35 | Yes | By email |
| 1 | St. Johns | 82 | 0 | Yes | By email |
| 1 | St. Lucie | 13 | 0 | Yes | By email |
| 1 | Santa Rosa | 92 | 0 | Yes | By email |
| 1 | Sarasota | 101 | 1 | Yes | By email |
| 1 | Seminole | 160 | 1 | Yes | By email |
| 1 | Sumter | 52 | 0 | Yes | By email |
| 1 | Suwannee | 1 | 0 | Yes | By email |
| 1 | Taylor | 4 | 1 | Yes | By email |
| 1 | Union | 2 | 0 | Yes | By email |
| 1 | Volusia | 140 | 1 | Yes | By email |
| 1 | Wakulla | 23 | 1 | Yes | By email |
| 1 | Walton | 12 | 0 | Yes | By email |
| 1 | Washington | 1 | 0 | Yes | By email |
| **67** | | **5586** | **100** | | |