# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DEMOCRATIC EXECUTIVE
COMMITTEE OF FLORIDA, *et al.*,

   Plaintiffs,

v.

KENNETH DETZNER, *et al.,*

   Defendant and Defendant-Intervenors.

Case No. 4:18-CV-00520-MW-MJF

## SECRETARY'S SECOND NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

In the Supplemental Order Granting Motion for Preliminary Injunction, this Court directed the Secretary "to collect from all 67 counties the number of ballots that were cured following the entrance of the order [granting preliminary injunction] and to file such on or before November 30, 2018," and to supplement the information "once per week" until complete. DE 78 at 1-2. Consistent with this Court's Order, the Secretary provides the relevant numbers for all 67 of Florida's counties. *See* **Attachment 1.**

                                      Respectfully submitted by:

                                      BRADLEY R. MCVAY (FBN 79034)
                                        *Interim General Counsel*
                                        brad.mcvay@dos.myflorida.com
                                      ASHLEY E. DAVIS (FBN 48032)
                                        *Deputy General Counsel*
                                        ashley.davis@dos.myflorida.com
                                      FLORIDA DEPARTMENT OF STATE

R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /   (850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
  mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
  gperko@hgslaw.com
MALCOLM N. MEANS (FBN 0127586)
  mmeans@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
(850) 222-7500 / (850) 224-8551 (fax)

Dated: December 7, 2018

***Counsel for the Secretary of State***

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 7th day of December, 2018.

                                       */s/ Mohammad O. Jazil*
                                       Attorney