# Democractic Executive Committee et al., v. Detzner
## United States District Court Northern District of Florida
## Case No. 4:18cv520-MW/MJF

Last updated 12/7/2018 8 AM

| Count | County | Cured Vote-by-Mail Ballots Post Federal Court Order | Response by |
|---|---|---|---|
| 1 | Alachua | 7 | Email |
| 1 | Baker | 0 | Email |
| 1 | Bay | 1 | Email |
| 1 | Bradford | 0 | Email |
| 1 | Brevard | 12 | Email |
| 1 | Broward | 27 | Email |
| 1 | Calhoun | 0 | Email |
| 1 | Charlotte | 6 | Email |
| 1 | Citrus | 0 | Email |
| 1 | Clay | 8 | Email |
| 1 | Collier | 3 | Email |
| 1 | Columbia | 1 | Email |
| 1 | DeSoto | 0 | Email |
| 1 | Dixie | 2 | Email |
| 1 | Duval | 49 | Email |
| 1 | Escambia | 7 | Email |
| 1 | Flagler | 3 | Email |
| 1 | Franklin | 0 | Email |
| 1 | Gadsden | 0 | Email |
| 1 | Gilchrist | 0 | Email |
| 1 | Glades | 0 | Email |
| 1 | Gulf | 0 | Email |
| 1 | Hamilton | 2 | Email |
| 1 | Hardee | 1 | Email |
| 1 | Hendry | 4 | Email |
| 1 | Hernando | 3 | Email |
| 1 | Highlands | 3 | Email |
| 1 | Hillsborough | 73 | Email |
| 1 | Holmes | 1 | Email |
| 1 | Indian River | 1 | Email |
| 1 | Jackson | 1 | Email |
| 1 | Jefferson | 0 | Email |
| 1 | Lafayette | 0 | Email |
| 1 | Lake | 59 | Email |
| 1 | Lee | 3 | Email |
| 1 | Leon | 10 | Email |
| 1 | Levy | 1 | Email |
| 1 | Liberty | 0 | Email |
| 1 | Madison | 2 | Email |
| 1 | Manatee | 17 | Email |
| 1 | Marion | 0 | Email |
| 1 | Martin | 1 | Email |
| 1 | Miami-Dade | 6 | Email |
| 1 | Monroe | 7 | Email |
| 1 | Nassau | 0 | Email |
| 1 | Okaloosa | 5 | Email |
| 1 | Okeechobee | 4 | Email |
| 1 | Orange | 61 | Email |
| 1 | Osceola | 2 | Email |
| 1 | Palm Beach | 150 | Email |
| 1 | Pasco | 3 | Email |
| 1 | Pinellas | 3 | Email |
| 1 | Polk | 9 | Email |
| 1 | Putnam | 0 | Email |
| 1 | St. Johns | 10 | Email |
| 1 | St. Lucie | 4 | Email |
| 1 | Santa Rosa | 10 | Email |
| 1 | Sarasota | 17 | Email |
| 1 | Seminole | 9 | Email |
| 1 | Sumter | 13 | Email |
| 1 | Suwannee | 0 | Email |
| 1 | Taylor | 0 | Email |
| 1 | Union | 2 | Email |
| 1 | Volusia | 11 | Email |
| 1 | Wakulla | 2 | Email |
| 1 | Walton | 1 | Email |
| 1 | Washington | 0 | Email |
| 67 | | 637 | |