# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

DNC SERVICES CORPORATION /
DEMOCRATIC NATIONAL COMMITTEE,
DEMOCRATIC EXECUTIVE COMMITTEE
OF FLORIDA, DSCC A/K/A DEMOCRATIC
SENATORIAL CAMPAIGN COMMITTEE,
and DCCC A/K/A DEMOCRATIC
CONGRESSIONAL CAMPAIGN COMMITTEE,

    *Plaintiffs*,

v.                              Case No. 4:18cv520-MW/MJF

LAUREL M. LEE, in her official
capacity as Florida Secretary of State,

    *Defendant*.
_____/

## ORDER REGARDING PENDING LEGISLATION

This Court is aware of—though it has not studied—pending legislation regarding election administration in Florida, like CS/SB 7066. Within ten days of the Governor's signing this legislation, if he does so, the parties shall file memoranda detailing what effect, if any, the legislation has on this matter.

**SO ORDERED on May 6, 2019.**

                              s/Mark E. Walker          
                              **Chief United States District Judge**