UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DNC SERVICES CORPORATION / DEMOCRATIC NATIONAL COMMITTEE, DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA, DSCC a/k/a DEMOCRATIC SENATORIAL CAMPAIGN COMMITTEE, and DCCC a/k/a DEMOCRATIC CONGRESSIONAL CAMPAIGN COMMITTEE,

    Plaintiffs,

  v.

LAUREL M. LEE, in her official capacity as Florida Secretary of State, *et al.*,

    Defendant and Defendant-Intervenors.

Case No. 4:18-cv-520 (MW/MJF)

## JOINT STATUS REPORT

Plaintiffs DNC Services Corporation / Democratic National Committee (the "DNC"), Democratic Executive Committee of Florida ("DECF"), DSCC a/k/a Democratic Senatorial Campaign Committee, and DCCC a/k/a Democratic Congressional Campaign Committee, and Defendant Laurel M. Lee, in her official capacity as Florida Secretary of State, and Defendants-Intervenors the Attorney General for the State of Florida and National Republican Senatorial Committee (collectively "the Parties"), hereby submit their Joint Status Report, and state:

On April 2, 2019, Plaintiffs served their First Set of Requests for Production and First Set of Interrogatories to Defendant Laurel M. Lee. Defendant Lee responded to these discovery requests on May 2, 2019.

On April 23, 2019, Defendant-Intervenor Attorney General served Notices of Document Subpoenas to the County Supervisors of Elections for Okaloosa County, Leon County, and Broward County.

On April 29, 2019, Defendant-Intervenor National Republican Senatorial Committee ("NRSC") served its First Set of Requests for Production and First Set of Interrogatories to All Plaintiffs. Plaintiffs' responses to these discovery requests are due on May 29, 2019.

On May 6, 2019, the Attorney General issued subpoenas to all 67 Supervisors of Elections in Florida.

On May 15, 2019, NRSC served its Second Set of Requests for Production, Second Set of Interrogatories, and Notices of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) to all Plaintiffs. Plaintiffs' responses to the Second Set of Requests for Production and Interrogatories are due on June 14, 2019. The parties have not yet agreed upon dates or topics for the Rule 30(b)(6) depositions.

On May 15, 2019, NRSC also served a Notice of Document Subpoena to Bill Nelson for U.S. Senate, and Notices of Deposition Subpoenas to Laura Besvinick,

Daniela Ferro, Ezekiel Andreassen, Patrick Murphy, Fallon Williams, Christina White, Paul Lux, and Mark Earley.

Respectfully submitted,

| | |
|---|---|
| /s/ *Uzoma Nkwonta*<br>Marc E. Elias<br>Email: MElias@perkinscoie.com<br>Bruce V. Spiva *<br>Email: BSpiva@perkinscoie.com<br>Uzoma N. Nkwonta*<br>Email: UNkwonta@perkinscoie.com<br>Alexi M. Velez*<br>Email: AVelez@perkinscoie.com<br>Lalitha D. Madduri*<br>Email: LMadduri@perkinscoie.com<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W., Suite 600<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-6211<br><br>RONALD G. MEYER<br>Florida Bar No. 0148248<br>Email: rmeyer@meyerbrookslaw.com<br>JENNIFER S. BLOHM<br>Florida Bar No. 0106290<br>Email: jblohm@meyerbrookslaw.com<br>Meyer, Brooks, Blohm and Hearn, P.A.<br>131 North Gadsden Street<br>Post Office Box 1547<br>Tallahassee, FL 32302-1547<br>(850) 878-5212<br><br>*Counsel for Plaintiffs*<br>*Admitted Pro Hac Vice | Bradley R. Mcvay (FBN 79034)<br>*General Counsel*<br>brad.mcvay@dos.myflorida.com<br>Ashley E. Davis (FBN 48032)<br>*Deputy General Counsel*<br>ashley.davis@dos.myflorida.com<br>Florida Department of State<br>R.A. Gray Building Suite, 100<br>500 South Bronough Street<br>Tallahassee, Florida 32399-0250<br>(850) 245-6536 /(850) 245-6127 (fax)<br><br>Mohammad O. Jazil (FBN 72556)<br>mjazil@hgslaw.com<br>Gary V. Perko (FBN 855898)<br>gperko@hgslaw.com<br>Joseph A. Brown (FBN25765)<br>josephb@hgslaw.com<br>Hopping Green & Sams, P.A.<br>119 South Monroe Street, Suite 300<br>Tallahassee, Florida 32301<br>(850) 222-7500 /(850) 224-8551 (fax)<br><br>*Counsel for Secretary of State* |

Ashley B. Moody, Attorney General
State of Florida
Edward M. Wenger (FBN 85568)
*Chief Deputy Solicitor General*
Edward.Wenger@myfloridalegal.com
Timothy L. Newhall (FBN 391255)
Timothy.Newhall@myfloridalegal.com
Elizabeth Teegen (FBN 833274)
Elizabeth.Teegen@myfloridalegal.com
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
(850) 410-2672 (fax)

*Counsel for the Attorney General*

Thomas H. Dupree Jr.*
Helgi C. Walker*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
tdupree@gibsondunn.com
hwalker@gibsondunn.com

Andy Bardos (FBN 822671)
George T. Levesque (FBN 555541)
GRAYROBINSON, P.A.
Post Office Box 11189
Tallahassee, Florida 32302-3189
850-577-9090
andy.bardos@gray-robinson.com
george.levesque@gray-robinson.com

Jason Torchinsky (VA Bar No. 47481)
HOLTZMAN VOGEL JOSEFIAK
 TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
(540) 341-8808
JTorchinsky@hvjt.law

*Counsel for the National Republican Senatorial Committee*
*Admitted Pro Hac Vice

Dated: May 23, 2019

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

The undersigned further certifies that this Joint Status Report complies with the size, font, and formatting requirements of Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ *Uzoma Nkwonta*
                                              Uzoma N. Nkwonta