# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DNC SERVICES CORPORATION /
DEMOCRATIC NATIONAL
COMMITTEE, *et al.*,

    Plaintiffs,

v.

LAUREL M. LEE, in her official capacity
as Florida Secretary of State, *et al.*,

    Defendant and Defendant-Intervenors.

Case No. 4:18-CV-00520-MW-MJF

## SECRETARY OF STATE'S AND ATTORNEY GENERAL'S
## NOTICE OF COMPLIANCE WITH COURT'S MAY 6, 2019, ORDER

In its May 6, 2019, Order Regarding Pending Legislation (ECF 128), this Court directed the Parties to file, within ten days of it being signed by the Governor, memoranda detailing what effect Senate Bill 7066 has on this case. The Governor signed Senate Bill 7066 on June 28, 2019. The Florida Secretary of State and the Florida Attorney General file a Motion for Judgment on the Pleadings concurrently with this Notice to detail their position, and to satisfy their obligations under the Court's May 6, 2019, Order.

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

The undersigned certifies that the foregoing filing complies with the size, font, and formatting requirements of Local Rule 5.1(C), and that the foregoing filing complies with the word limit in Local Rule 7.1(F) because it contains 102 words, excluding the case style, signature block, and certificates.

\*\*\*

Dated: July 1, 2019

Respectfully submitted by:

ASHLEY B. MOODY, ATTORNEY GENERAL
STATE OF FLORIDA
*/s/ James H. Percival*
JAMES H. PERCIVAL (FBN 1016188)
*Deputy Solicitor General*
james.percival@myfloridalegal.com
EDWARD M. WENGER (FBN 85568)
*Chief Deputy Solicitor General*
edward.wenger@myfloridalegal.com
Timothy L. Newhall (FBN 391255)
SENIOR ASSISTANT ATTORNEY GENERAL
timothy.newhall@myfloridalegal.com
Elizabeth Teegen (FBN 833274)
SENIOR ASSISTANT ATTORNEY GENERAL
elizabeth.teegen@myfloridalegal.com

OFFICE OF THE ATTORNEY GENERAL
The Capitol, Pl-01
Tallahassee, Florida 32399
(850) 414-3300
(850) 410-2672 (fax)

***Counsel for the Attorney General***

BRADLEY R. MCVAY (FBN 79034)
*General Counsel*
brad.mcvay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
*Deputy General Counsel*
ashley.davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite, 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 /(850) 245-6127 (fax)

*/s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
gperko@hgslaw.com
JOSEPH A. BROWN (FBN 25765)
josephb@hgslaw.com
KRISTEN C. DIOT (FBN 118625)
kristend@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, FL 32301
(850) 222-7500/(850) 224-8551 (fax)

***Counsel for the Secretary of State***

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record through the Court's CM/ECF system on this 1st day of July, 2019.

                                                */s/ James H. Percival*
                                                DEPUTY SOLICITOR GENERAL