# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DNC SERVICES CORPORATION/
DEMOCRATIC NATIONAL
COMMITTEE, et al.,

    *Plaintiffs*,

v.                               CASE NO.: 4:18cv520-MW/MJF

LAUREL M. LEE, in her official
capacity as Florida Secretary
of State, et al.,

    *Defendants/Intervenors.*
_____/

## ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL

This Court has considered, after hearing on July 29, 2019, Plaintiffs' motion for voluntary dismissal without prejudice. ECF No. 143. Because the preliminary injunction originally issued by this Court has now expired, and because the Florida Legislature has amended the law Plaintiffs challenge, this Court finds this case has been rendered moot.[1] For this reason, this Court **GRANTS** the motion, ECF No. 143, and exercises its discretion to voluntarily dismiss this case without prejudice. *See* Fed. R. Civ. P. 41(a)(2).

---

[1] This Court specifically inquired as to whether, given the pending appeal of its preliminary injunction, this Court has the authority to dismiss the case. The parties agree that this Court has jurisdiction to enter final judgment and likewise to dismiss the case because the preliminary injunction had expired.

1

The Clerk shall enter judgment stating, "Plaintiffs' claims against Defendants are dismissed without prejudice." The Clerk shall close the file.

**SO ORDERED on July 29, 2019.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**