**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DEMOCRATIC EXECUTIVE
COMMITTEE OF FLORIDA, BILL
NELSON FOR U S SENATE, DNC
SERVICES CORPORATION /
DEMOCRATIC NATIONAL
COMMITTEE, DEMOCRATIC
SENATORIAL CAMPAIGN
COMMITTEE, DEMOCRATIC
CONGRESSIONAL CAMPAIGN
COMMITTEE

      VS                      CASE NO. 4:18-cv-520-MW-MJF

ATTORNEY GENERAL OF THE STATE
OF FLORIDA, LAUREL M LEE,
NATIONAL REPUBLICAN
SENATORIAL COMMITTEE

**JUDGMENT**

Plaintiffs' claims against Defendants are dismissed without prejudice.

                              JESSICA J. LYUBLANOVITS
                              CLERK OF COURT

July 29, 2019                s/Tonisha Young
DATE                          Deputy Clerk: Tonisha Young