## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

**CORRECTED**

For rules and forms visit
www.ca11.uscourts.gov

August 13, 2019

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 18-14758-QQ
Case Style: Democratic Executive Committee, et al v. National Republican Senatorial
District Court Docket No: 4:18-cv-00520-MW-MJF

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

NOTE: Dismissal applies to the Attorney General of the State of Florida and Laurel M. Lee, Secretary of State. The Appeal will proceed for the National Republican Senatorial Committee.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Andrea G. Ware, QQ/lt
Phone #: (404) 335-6218

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 18-14758-QQ
_____

CORRECTED

DEMOCRATIC EXECUTIVE COMMITTEE OF FLORIDA,
BILL NELSON FOR US SENATE,

                                                Plaintiffs - Appellees,

versus

ATTORNEY GENERAL OF THE STATE OF FLORIDA,

LAUREL M. LEE, FLORIDA SECRETARY OF STATE,

                                                Defendants - Appellants,

NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

                                                Intervenor Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellants Attorney General of the State of Florida and the Secretary of State's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, August 13, 2019.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Andrea G. Ware, QQ, Deputy Clerk

FOR THE COURT - BY DIRECTION